UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE CARRINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:20-cv-02826-SAB-PJWx<br><br>**ORDER TO SHOW CAUSE** |

 On April 13, 2020, the Court issued an Order to Show Cause Regarding Proposed Case Schedule. ECF No. 18. The purpose of the Order was to direct the parties to meet and confer and proposed a joint scheduling order. This never took place because Plaintiff's counsel requested permission to withdraw and it was granted by this Court. ECF No. 31.

 On September 15, 2020, attorney Laura Baughman filed a Notice of Appearance, ECF No. 33. No further action has been taken in this matter.

//
//
//
//
//
//

**ORDER TO SHOW CAUSE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Within **thirty (30) days** from the date of this Order, counsel is directed to meet and confer and file a response to the Court's April 13, 2020 Show Cause Order.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 30th day of December 2020.

_____
Stanley A. Bastian
United States District Court

**ORDER TO SHOW CAUSE ~ 2**