JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE CARRINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC.,<br><br>*Defendants.* | Case No. 2:20-cv-02826-MWF-MAA<br><br>**ORDER** |

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on May 10, 2022. The Parties stipulate and agree that the above-captioned case be dismissed *without prejudice*, with each party to bear its own costs. (*See*, Fed. R. Civ. P. 41(a)(1)(A)(ii)).

IT IS ORDERED that the case is hereby CLOSED.

SIGNED this 10th day of May, 2022.

_____
MICHAEL W. FITZGERALD
United States District Judge